1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM B. TAYLOR
   Special Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | Case No. 1:20-po-00045-SAB |
|---|---|
| Plaintiff, | [Citation #9072590 CA/74] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| YOWAN YANG, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and William B. Taylor, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:20-po-00045-SAB [Citation #9072590 CA/74] against YOWAN YANG, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: February 18, 2020                Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                   By:  /s/ William B. Taylor
                                        WILLIAM B. TAYLOR
                                        Special Assistant United States Attorney

1

| | |
|---|---|
| 1 | **O R D E R** |
| 2 | IT IS HEREBY ORDERED that Case No. 1:20-po-00045-SAB [Citation #9072590 CA/74] |
| 3 | against YOWAN YANG be dismissed, without prejudice, in the interest of justice. |
| 4 | |
| 5 | IT IS SO ORDERED. |
| 6 | Dated: __**February 18, 2020**__ |
| | UNITED STATES MAGISTRATE JUDGE |